# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**IN RE: SOCIAL MEDIA ADOLESCENT**    Case No. 4:24cv362-MCR-MAF
**ADDICTION/PERSONAL INJURY**
**PRODUCTS LIABILITY LITIGATION,**

                                                MDL Case No. 3047

**RELATED LITIGATION:**

**SCHOOL BOARD OF**                     Case No. 4:24-cv-01573-YGR
**HILLSBOROUGH COUNTY, FLORIDA**

**v.**

**META PLATFORMS, INC., et al.**
_____/

# O R D E R

      The Florida Department of Corrections [DOC] initiated this case on September 9, 2024, by filing a motion to quash a non-party subpoena served by Defendant Snap, Inc., in the underlying litigation which is pending in the United States District Court for the Northern District of California. Because compliance would be required in this District, the motion is properly filed here and this Court has jurisdiction to resolve the motion. Fed. R. Civ. P. 45.

Pursuant to the Local Rules of this Court, Defendant Snap, Inc., shall have until **September 23, 2024**, in which to file a response to the motion to quash, ECF No. 1.  N.D. Fla. Loc. R. 7.1(E).  The Court may grant the DOC's motion "by default" if Defendant "does not file a memorandum as required by this rule."  N.D. Fla. Loc. R. 7.1(H).

Finally, the DOC argues that compliance with the subpoena would subject it to undue burden, and documents requested are confidential. ECF No. 1 at 4, 7.  The Court cannot evaluate the merits of the arguments because the DOC did not file a copy of the subpoena with the motion.   The DOC must file a copy of the subpoena no later than **September 16, 2024**.

Accordingly, it is **ORDERED:**

1.  Defendant Snap, Inc., shall have until **September 23, 2024**, to file a response to the motion to quash, ECF No. 1.

2.  The Florida Department of Corrections must file a copy of the relevant subpoena no later than **September 16, 2024**.

**DONE AND ORDERED** on September 11, 2024.

S/   Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**